JANET MOLLICA v. ANDREA MOLLICA.

Jan. 14, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. LEROY RICHARDSON.

Jan. 14, 1980.   Petition for certification denied.

TOWNSHIP OF MOUNT LAUREL v. DEPARTMENT OF
THE PUBLIC ADVOCATE.

Jan. 14, 1980.   Petition for certification to Superior Court,
Law Division granted.

ISABEL LYNCH v. GERALD E. RUBACKY.

Jan. 28, 1980.   Petition for certification granted.

TOWN OF BELLEVILLE v. PARRILLO'S INC.

Jan. 28, 1980.   Petition for certification granted.   (See 168
*N.J.Super.* 1)